# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEXTER PRESNELL,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC GATEWAY TRANSPORTATION, INC., NEW YORK MARINE AND GENERAL LIFE INSURANCE COMPANY, SOUTH ATLANTIC CONSOLIDATED CHASSIS POOL LLC, AND WALTER LANNIGAN,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:19-CV-01193-WMR |

## NOTICE TO TAKE VIDEOTAPED 30(B)(6) DEPOSITION

PLEASE TAKE NOTICE, that at 11:00 a.m. on August 27, 2019 at the offices Ellis, Painter, Ratterree & Adams LLP, 2 East Bryan Street, 10th Floor, Savannah, Georgia 31401, the Plaintiff in the above-styled civil action will, pursuant to Federal Rules of Civil Procedure Rule 30(b)(6), proceed to take the videotaped deposition of the designated corporate representative of South Atlantic Consolidated Chassis Pool LLC, who is the person with all information known or reasonably available to South Atlantic Consolidated Chassis Pool LLC. on the issues of (1) Practices, policies and procedures concerning inspection and maintenance of its chassis pool; (2) Defendant's compliance with federal

regulations for maintaining its chassis pool; (3) Defendant's investigation into the collision which is the subject matter of Plaintiff's complaint; (4) the cause of the bulbs not working on the subject chassis at the time of the subject accident; (5) Defendants' discovery responses; (6) business and contractual arrangement with Pacific; (7) the inspection history of the chassis; (8) the maintenance and repair history of the chassis; (9) prior users of the chassis in the 45 days prior to the subject accident; (10) business and contractual arrangements with the owner of the subject chassis; (11) all documents evidencing subject matters 1-10; (12) all documents maintained by South Atlantic regarding the inspection, maintenance, and repairs of its chassis; (12) all documents maintained by South Atlantic regarding DOT violations it receives for its chassis; (13) all prior DOT violations of the subject chassis for the year prior to the subject accident; upon oral examination before an officer authorized by law to administer oaths and to take videotaped deposition for the purposes of discovery and any other purpose allowed under the Federal Rules of Civil Procedure.

Dated on August 21, 2019.

**Respectfully Submitted,**

**FRIED ROGERS GOLDBERG LLC**

By: */s/ Eric J.D. Rogers*
**ERIC J.D. ROGERS**
Georgia Bar No. 100081

Three Alliance Center
3550 Lenox Road, N.E.
Suite 1500
Atlanta, Georgia 30326
(404) 591-1800
Fax: (404) 591-1801
Email:  Michael@frg-law.com
Email:  Eric@frg-law.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1B. This brief has been prepared in Times New Roman font, 14 point.

        By: */s/ Eric J.D. Rogers*
        **ERIC J.D. ROGERS**
        Georgia Bar No. 100081

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE TO TAKE VIDEOTAPED 30(B)(6) DEPOSITION with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Tracy O'Connell
Ellis, Painter, Ratterree & Adams LLP
P.O. Box 9946
Savannah, Georgia

Alycen A. Moss
Cozen O'Connor
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309

Dated on August 21, 2019.

By: */s/ Eric J.D. Rogers*
**ERIC J.D. ROGERS**
Georgia Bar No. 100081