# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEXTER PRESNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PACIFIC GATEWAY TRANSPORTATION, INC., NEW YORK MARINE AND GENERAL LIFE INSURANCE COMPANY, SOUTH ATLANTIC CONSOLIDATED CHASSIS POOL LLC, LANNIGAN TRANSPORT, INC., AND WALTER LANNIGAN, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No. 1:19-CV-01193-WMR

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of PLAINTIFF DEXTER PRESNELL'S OFFER OF SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-68 AND UNLIQUIDATED DAMAGES DEMAND PURSUANT TO O.C.G.A. § 51-12-14 TO PACIFIC GATEWAY TRANSPORTATION, INC., LANNIGAN TRANSPORT, INC. AND WALTER LANNIGAN has this day been served upon all counsel of record listed below by via statutory overnight mail:

Tracy O'Connell
Ellis, Painter, Ratterree & Adams LLP
P.O. Box 9946
Savannah, Georgia

Alycen A. Moss
Cozen O'Connor
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309

Dated on November 26, 2019.

**FRIED ROGERS GOLDBERG LLC**

*/s/ Eric J.D. Rogers*
**ERIC J.D. ROGERS**
Georgia Bar No. 100081

*Attorneys for Plaintiff*

Three Alliance Center
3550 Lenox Road, N.E.
Suite 1500
Atlanta, Georgia 30326-4302
(404) 591-1800
(404) 591-1801 (fax)
Email: eric@frg-law.com

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1B. This stipulation has been prepared in Times New Roman font, 14 point.

                                              **FRIED ROGERS GOLDBERG LLC**

                                              */s/ Eric J.D. Rogers*
                                              **ERIC J.D. ROGERS**
                                              Georgia Bar No. 100081